UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08710
    ARTHUR L ANDERSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-3057


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 05/11/2007 and was confirmed 08/27/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 07/28/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 5667.00 | 354.97 | 846.86 |
| GMAC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | 13205.50 | .00 | 2076.15 |
| STACY BASS | NOTICE ONLY | NOT FILED | .00 | .00 |
| TRACY TURNER | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMEX | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SAUK VILLAGE POLICE DEPT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AT&T BROADBAND | UNSEC W/INTER | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSEC W/INTER | 1225.91 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSEC W/INTER | NOT FILED | .00 | .00 |
| DIRECT TV | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NICOR GAS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CRANDON EMERGENCY PHYSIC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSEC W/INTER | 1333.07 | .00 | .00 |
| ICE MOUNTIAN SPRING WATE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| QUORUM FEDERAL CREDIT UN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSEC W/INTER | 599.17 | .00 | .00 |
| NATIONAL CITY MORTGAGE | SECURED NOT I | 1156.31 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 2509.23 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSEC W/INTER | 2.56 | .00 | .00 |
| GMAC MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS CENTURI | UNSEC W/INTER | 289.70 | .00 | .00 |
| IL STATE DISBURSEMENT UN | UNSEC W/INTER | 67.20 | .00 | .00 |
| CITY OF CHICAGO | UNSEC W/INTER | 2301.38 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,134.00 | | 3,134.00 |
| TOM VAUGHN | TRUSTEE | | | 531.02 |
| DEBTOR REFUND | REFUND | | | .00 |

    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------


                        PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 08710 ARTHUR L ANDERSON

```
                            RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      6,943.00

PRIORITY                                          2,076.15
SECURED                                             846.86
     INTEREST                                       354.97
UNSECURED                                              .00
ADMINISTRATIVE                                    3,134.00
TRUSTEE COMPENSATION                                531.02
DEBTOR REFUND                                          .00
                           ---------------    ---------------
TOTALS                       6,943.00             6,943.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                            /s/ Tom Vaughn
     Dated: 10/22/08        _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE










                    PAGE  2
          CASE NO. 07 B 08710 ARTHUR L ANDERSON